# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 381 MAL 2014
:
              Respondent : 
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
:
ALBERT TROCHE JR., :
:
              Petitioner :


COMMONWEALTH OF PENNSYLVANIA, : No. 382 MAL 2014
:
              Respondent :
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
:
ALBERT TROCHE JR., :
:
              Petitioner :


## <u>ORDER</u>


**PER CURIAM**

    **AND NOW**, this 7th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.